IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

BIRSOY BIRKAN,

Petitioner,

v.

Civil Action No. 2:26-cv-819

NEY HIDALGO, *et al.*,

Respondents.

**FINAL ORDER**

This matter is before the Court on the *pro se* 28 U.S.C. § 2241 petition of Birsoy Birkan ("Petitioner"), a detainee of United States Immigration and Customs Enforcement, seeking immediate release from immigration detention or a constitutionally adequate bond hearing. Dkt. No. 1. The matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Rule 72 of the Local Civil Rules. Dkt. No. 5.

On August 31, 2026, the Magistrate Judge filed a Report and Recommendation recommending that the Court dismiss the petition for a writ of habeas corpus as moot because Petitioner had a bond hearing before the Immigration Court on May 21, 2026. Dkt. No. 7. By copy of the report, the parties were advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge, *id.* at 3, and no objections have been filed.

The Court, having reviewed the record, does hereby accept the findings and recommendations set forth in the Report and Recommendation, and it is therefore **ORDERED** that the petition for a writ of habeas corpus is **DISMISSED AS MOOT**.

The Clerk is DIRECTED to send a copy of this Order to Petitioner at his address of record and all counsel of record.

It is SO ORDERED.

/s/

Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: September 25, 2026